# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9266002 | SCHEPLENG | 2103 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/03/2020 2030
**Offense Charged:** ☒ USC
18 USC 113

**Place of Offense:** 104 HAMILTON ST, OCEANSIDE, CA 92058

**Factual Basis for Charge:** ASSAULT WITHIN MARITIME AND TERRITORIAL JURISDICTION OF SPOUSE OR INTIMATE PARTNER

### DEFENDANT INFORMATION
**Last Name:** THOMSON-DESA
**First Name:** AUBREY
**MI:** R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court.

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
**Court Address:** 221 W. BROADWAY, SAN DIEGO, CA 92101

CCN: 02351     *9266002*     FNC: 1

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 AUG, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED NARRATIVE

[SPACE NOT USED 2020802]

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/03/2020

Probable cause has been stated for the issuance of a warrant.

**Executed on:** ___ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

20-mj-02351